## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLORADO
## Judge Raymond P. Moore

Criminal Case No. 13-cr-00262-RM-2

UNITED STATES OF AMERICA,

    Plaintiff,

v.

1.    ANSEL FITZSIMMONS STRATTON,
2.    **JACLYN SEADER,**

    Defendants.

___

## ORDER SETTING RESCHEDULED CHANGE OF PLEA HEARING FOR DEFENDANT JACLYN SEADER
___

A Rescheduled Change of Plea Hearing is set for September 17, 2013, at 1:00 p.m. Counsel for the parties shall email a courtesy copy of all change of plea documents separately to my chambers: (Moore_Chambers@cod.uscourts.gov) and to the Probation Department not later than 48 hours before the change of plea hearing. *See* D.C.COLO.LCrR 11.1C. On the date of the hearing, counsel shall bring with them an original and one copy of the plea agreement and the statement in advance. *See* D.C.COLO.LCrR 11.1F.

The plea agreement shall be in the form required by D.C.COLO.LCrR 11.1C which includes a separate section identifying each essential element required by law for the commission of each criminal offense to which the defendant intends to enter a plea of guilty.

The statement in advance shall be in the form required by D.C.COLO.LCrR 11.1D.

DATED: August 12, 2013.

BY THE COURT:

_____
RAYMOND P. MOORE
United States District Judge